# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: ahennigan | Date Created: 2/24/2020 |
| Case: 8−20−71131−reg | Form ID: pdf008 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
tr    Michael J. Macco    ecf@maccolaw.com
aty    Michael Thomas McNamara    mcnamaraesq@yahoo.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Deon C. Riley    45 Sterling Place    Hempstead, NY 11550
smg    United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza – Room 560    Central Islip, NY 11722−4437
9799586    Bank of America    Bank of America    PO Box 15713    Wilmington, DE 19886
9799587    JP Morgan Chase Bank    c/o Shapiro DiCaro & Barak    175 Mile Crossing Blvd    Rochester, NY 14624

TOTAL: 4