Bank of America
Bank of America
PO Box 15713
Wilmington, DE 19886


JP Morgan Chase Bank
c/o Shapiro DiCaro & Barak
175 Mile Crossing Blvd
Rochester, NY 14624


Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Shenorock, NY 10587