

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

March 8, 2021

Honorable Robert E. Grossman
United States Bankruptcy Court Judge
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

  Re: Deon C. Riley
     Bankruptcy Case No: 20-71131-reg

This office represents the Secured Creditor, Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust ("Rushmore") in the above-referenced action. Pursuant to the Court's Loss Mitigation Order entered on July 2, 2020, please let this letter serve as a status report and summary of what has transpired between the parties.

As a preliminary matter, the sole obligor on Rushmore's Note is Rubena Gayle. Similarly, the sole mortgagor on Rushmore's Mortgage is Rubena Gayle. Upon information and belief, Rubena Gayle is deceased.

Applicable non-bankruptcy law allows certain individuals to apply to be successors-in-interest to late mortgagors. The parties previously completed a document exchange so that Rushmore could approve the Debtor as a successor-in-interest to Rubena Gayle. On October 12, 2020, Rushmore advised that the Debtor has been approved as a successor-in-interest. As such, the Debtor became eligible for more customary loan modification review for the applicable loan.

Rushmore then gave the Debtor a good faith review for a loan modification, which resulted in a trial loan modification (the "Trial"). The Trial includes an initial payment of $1,943.42 due on or before December 21, 2020, and monthly payments of $2,882.54 each due on the first of each month from January 1, 2021 to September 1, 2021. The Debtor has accepted the Trial and is current on its payments. The next Trial payment is due March 1, 2021.



___

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

**Please feel free to contact our office should you have additional questions.**

Sincerely,

Dated: March 8, 2021

/s/ Katherine Heidbrink, Esq.
Katherine Heidbrink, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(P) 212.471.5100
(F) 212.471.5150
bankruptcy@friedmanvartolo.com